UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Tizazu F. Arega,**

    **Plaintiff,**

    **v.**                                               Case No. 2:15–cv–1460

**Attorney General Mike DeWine,** *et al.*,         Judge Michael H. Watson

    **Defendants.**

## ORDER

On June 16, 2015, Magistrate Judge Kemp issued a report and recommendation ("R&R") regarding Tizazu F. Arega's ("Plaintiff") complaint and motion to dismiss a specific defendant in this prisoner civil rights case. R&R, ECF No. 7. Judge Kemp specifically recommended that Plaintiff's motion to dismiss, ECF No. 6, be granted, that his federal constitutional claims be dismissed under 28 U.S.C. § 1915A, and that his state law claims be dismissed without prejudice under 28 U.S.C. § 1367(c)(3). R&R 6, ECF No. 7.

Judge Kemp notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 6–7. He also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.* at 7.

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**.

The Clerk shall mail a copy of the complaint, the R&R, and this Order to each defendant.

**IT IS SO ORDERED.**

*[signature]*

**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**